# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:16cr6/MCR/EMT
       3:18cv241/MCR/EMT

ANDRE DARRELL PERRY

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 7, 2019. ECF No. 68. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted and a resentencing proceeding should be scheduled.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 68, is adopted as modified herein and incorporated by reference in this Order.

2. The Amended Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 44, is **GRANTED**.

3. Defendant's criminal judgment is vacated and the same sentence will be reimposed.

4. The Federal Defender's Office should promptly reassign this case to new counsel for resentencing and for the purpose of consulting with Defendant with respect to his desire to appeal as well as potentially filing any such appeal.

5. A resentencing hearing will be promptly scheduled by separate order upon the filing of new counsel's notice of appearance.

**DONE AND ORDERED** this 10th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**